UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LAUSTEVEION JOHNSON, <br><br>                    Plaintiff, <br> v. <br> MICAELA GAROFALO, *et al.*, <br><br>                    Defendants. | Case No. 3:21-cv-00239-MMD-CLB <br><br> ORDER |

On January 28, 2022, the Court denied *pro se* Plaintiff Lausteveion Johnson's application to proceed *in forma pauperis* ("IFP") and ordered Johnson to either pay the filing fee in full or file an updated IFP application within 30 days. (ECF No. 13.) Johnson has filed a motion requesting an extension until March 30, 2022, to file an updated IFP application. (ECF No. 14.)

The Court notes that Johnson has recently filed a case that included an IFP application dated January 11, 2022, showing that Johnson did not qualify to proceed *in forma pauperis* as of that date. *See, e.g.,* Case No. 3:22-cv-00095-MMD-CSD. Moreover, the Court's screening order, issued on November 30, 2021, indicated that based on the information provided, Johnson would not qualify to proceed *in forma pauperis* and would need to pay the filing fee or file an updated IFP application. (ECF No. 7 at 1, n.1.) As such, Johnson has had ample opportunity to prepare an updated IFP application or pay the $402.00 filing fee.

Nevertheless, in light of Johnson's *pro se* status, the Court will grant Johnson's motion for an extension until March 30, 2022, to file an updated IFP application or pay the full $402.00 filing fee. But the Court will not grant any further requests for an extension. If Johnson qualifies to proceed *in forma pauperis*, Johnson must pay any required partial

1  fee by April 15, 2022. If Johnson fails to comply with these timelines, this case will be
2  subject to dismissal without prejudice.
3      It is therefore ordered that Plaintiff Lausteveion Johnson's motion for an extension
4  (ECF No. 14) is granted. Johnson will either file an updated application to proceed *in*
5  *forma pauperis* or pay the $402.00 filing fee in full by March 30, 2022. If an updated
6  application indicates that Johnson qualifies to proceed *in forma pauperis*, Johnson must
7  pay any required partial fee by April 15, 2022.
8      If Johnson fails to comply with the timelines set out in this order, this case will be
9  subject to dismissal without prejudice.
10      DATED THIS 18th Day of February 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE