UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICAELA GAROFALO, *et. al.*,<br><br>　　　　　　Defendants. | Case No. 3:21-CV-00239-MMD-CLB<br><br>**ORDER** |

　　　Pending before the Court are two motions filed by Plaintiff Lausteveion Johnson. First, Plaintiff moves to withdraw his previously filed "motion to compel discovery," docketed at ECF No. 32. (ECF No. 36.) The Court grants Plaintiff's motion to withdraw, (ECF No. 36), and Plaintiff's motion to compel, (ECF No. 32), is hereby deemed withdrawn.

　　　Second, Plaintiff filed an emergency motion for preliminary injunction and request for oral argument. (ECF No. 35.) The Court has reviewed the motion and finds that an expedited briefing schedule should be entered based on the circumstances described in Plaintiff's motion. Therefore, the Court enters the following expedited briefing schedule related to Plaintiff's motion for preliminary injunction. First, Defendants shall file an opposition or response to Plaintiff's motion, (ECF No. 35), on or before **Tuesday, January 3, 2023**. Second, Plaintiff shall file any reply brief on or before **Monday, January 9, 2023**. The Court will determine whether oral argument will be held after the motion is fully briefed.

**IT IS SO ORDERED.**

　　　DATED:　December 27, 2022　.

UNITED STATES MAGISTRATE JUDGE