FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 23 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

LAUSTEVEION JOHNSON,

    Plaintiff(s),

vs.

MICAELA GAROFALO, et al.,

    Defendant(s).

3:21-cv-00239-MMD-CLB

**ORDER TO PRODUCE**

    An in person Evidentiary Hearing is set for **Friday, January 27, 2023**, at **1:00 p.m.**, in Courtroom No. 1, 4th Floor, Bruce R. Thompson U.S. Courthouse, 400 S. Virginia Street, Reno, Nevada before United States Magistrate Judge Carla Baldwin.

    The Office of the Attorney General shall arrange for the physical presence of Plaintiff Lausteveion Johnson, #82138 for the purpose of participating in person for the Evidentiary Hearing.

IT IS SO ORDERED.

DATED:   January 23, 2023.

_____
CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE