AARON D. FORD
  Attorney General
ANDREW C. NELSON, Bar No. 15971
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1227
E-mail: acnelson@ag.nv.gov

*Attorneys for Defendants*
*James Dzurenda, Joseph Ferro,*
*Micaela Garofalo, Guillermo Hernandez,*
*William Hutchings, Monique Hubbard-Pickett,*
*Marc LaFluer, Leo Martinez,*
*Kimberley McCoy, Jennifer Nash,*
*Francis Oakman, and Brian Williams*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>GAROFALO, *et al.*,<br><br>    Defendants. | Case No. 3:21-cv-00239-MMD-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE (FIRST REQUEST)** |

Plaintiff, Lausteveion Johnson, *pro se*, and Defendants James Dzurenda, Joseph Ferro, Micaela Garofalo, Guillermo Hernandez, William Hutchings, Monique Hubbard-Pickett, Marc LaFluer, Leo Martinez, Kimberley McCoy, Jennifer Nash, Francis Oakman and Brian Williams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Andrew C. Nelson, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby submit this Stipulation to Extend the current deadline to file dispositive motions in this matter (first request). The Court, in ECF No. 26, ordered Dispositive Motions be filed by February 8, 2023. (ECF No. 26 at 5:27-28; 6:1).

I. **DISCOVERY COMPLETED BY THE PARTIES**

The parties have served their initial disclosures and have propounded and responded to one another's written discovery. There are no expert disclosures.

## II. DISCOVERY TO BE COMPLETED

Pursuant to this Court's Scheduling Order, ECF No. 26, discovery was to be completed by January 9, 2023. (ECF No. 26 at 6:12). Additionally, any discovery motions were to be filed by January 24, 2023. (*Id.* at 6:20-21). However, Plaintiff recently filed a Motion to Compel, ECF No. 51, on February 2, 2023. As such, there is a pending Motion to Compel in this matter.

## III. REASONS WHY DEADLINES WERE NOT MET

The parties submit that this extension is sought following the recent Evidentiary Hearing, held on January 27, 2023. (ECF No 49). This Court issued a Report & Recommendations of U.S. Magistrate Judge, ECF No. 50, in which the parties may file specific written objections within fourteen days of receipt. (ECF No. 50 at 10:8-10). Additionally, as this Court stated, this is not an appealable order, and any notice of appeal should not be entered until the entry of the District Court's judgment (*Id.* at 10:13-15). The parties met and conferred and agreed that an extension of thirty (30) days would be sufficient for either party to file specific written objections to the Report & Recommendations as well as sufficient time to obtain the District Court's judgment prior to submitting the parties' dispositive motions.

## IV. GOOD CAUSE EXISTS TO GRANT THE REQUEST EXTENSION

The parties agree that good cause exists given the recent submission of this Court's Report & Recommendations determining an underlying issue within this matter. The extension would allow the parties sufficient time to either object and/or utilize the District Court judgment in relation to the issues decided within the Report & Recommendation. Therefore, the parties submit that good cause does exist for this extension to file dispositive motions in this matter.

///
///
///
///

## V. CURRENT AND PROPOSED SCHEDULE

The only remaining deadline set for consideration in this stipulation is an enlargement of the dispositive motion deadline from **February 8, 2023 until March 9, 2023**.

DATED this 6 day of February, 2023.          DATED this _6th_ day of February, 2023.

                                              AARON D. FORD
                                              Attorney General

By: _____                 By: /s/ Andrew C. Nelson
LAUSTEVEION JOHNSON                           ANDREW C. NELSON, Bar No. 15971
Plaintiff, in *pro se*                        Deputy Attorney General
                                              State of Nevada
                                              100 N. Carson St.
                                              Carson City, NV 89701

                                              *Attorneys for Defendants*

## ORDER

**SO ORDERED.** Dispositive motions are due **March 9, 2023**

Dated this _6th_ day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

Page 3