UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MICAELA GAROFALO, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:21-CV-00239-MMD-CLB<br><br>**ORDER STAYING PROCEEDINGS** |

This case is currently scheduled for a global settlement conference, which will occur on October 5, 2023. (*See* ECF No. 74.) Based on the upcoming global settlement conference, the Court, in the exercise of its sound discretion finds that a brief stay of these proceedings is appropriate.

Accordingly, **IT IS ORDERED** that this action is **STAYED** until further order of the Court.

**IT IS SO ORDERED.**

DATED: August 28, 2023.

_____
UNITED STATES MAGISTRATE JUDGE