AARON D. FORD
 Attorney General
ANDREW C. NELSON, Bar No. 15971
 Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1227
E-mail:  acnelson@ag.nv.gov

*Attorneys for Defendants
James Dzurenda, Joseph Ferro,
Micaela Garofalo, Guillermo Hernandez,
William Hutchings, Monique Hubbard-Pickett,
Marc LaFluer, Leo Martinez,
Kimberley McCoy, Jennifer Nash,
Francis Oakman, and Brian Williams*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>GAROFALO, et al.,<br><br>Defendants. | Case No. 3:21-cv-00239-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiff, Lausteveion Johnson, in *pro se*, and all Defendants named in this case, by through counsel, Aaron D. Ford, Nevada Attorney General, and Andrew C. Nelson, Deputy Attorney General, hereby

///
///
///
///
///
///
///
///

Page 1

stipulate that above-captioned matter should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 5 day of October, 2023.                    DATED this 5th day of October, 2023.

LAUSTEVEION JOHNSON
*Plaintiff, pro se*

/s/ Andrew C. Nelson
ANDREW C. NELSON, Bar No. 15971
Deputy Attorney General
*Attorney for the Defendants*

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: November 15, 2023

# CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on November 15, 2023, I electronically filed the foregoing, **STIPULATION AND ORDER FOR DISMISSAL** , via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Lausteveion Johnson
1316 Maenpah Circle
Las Vegas, NV 89106

*/s/ Karen Easton*
An employee of the
Office of the Nevada Attorney General